**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                                Case No. 09-CR-20191

LARRY MELL McCREARY,

    Defendant.

_____/

**ORDER DIRECTING THE GOVERNMENT TO FILE A RESPONSE TO
DEFENDANT'S MOTION FOR RECONSIDERATION BY SEPTEMBER 30, 2009**

On September 16, 2009, the court issued an order and opinion denying Defendant's motion to suppress. On September 22, 2009, Defendant filed a motion for reconsideration. A status conference was held on September 23, 2009, in which the Government agreed to file a response to Defendant's motion for reconsideration within a week. Accordingly,

IT IS ORDERED that the Government is directed to file a response to Defendant's "Motion for Reconsideration" [Dkt. # 21] no later than **September 30, 2009.**

                                                     s/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: September 24, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 24, 2009, by electronic and/or ordinary mail.

                                                     s/Lisa G. Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522